UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-06-201 |
| | § | |
| ANGEL FONSECA-REVES; aka , | § | |
| | § | |
| Defendant. | § | |

## OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)    There is a serious risk that the defendant will not appear for court as required; and

(2)    There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The defendant is a resident alien facing deportation if convicted.  He has ties to Mexico.  Pretrial Services has been unable to verify the defendant's background information, and has been unable to verify whether he currently has a stable residence.  No person has come forward to serve as a co-surety or a third-party custodian.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections

facility shall deliver the defendant to the United States marshal for the purpose of an appearance in

connection with a court proceeding.

      ORDERED this 24th day of March, 2006.


B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE